Christopher D. Chaplin (SBN 272337)
E-Mail: cchaplin@fisherphillips.com
FISHER & PHILLIPS LLP
515 South Flower Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
CAMPAIGN LEGAL CENTER and DANIELLE LANG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CHRISTOPHER M. LAPINIG,<br><br>Plaintiff,<br><br>v.<br><br>CAMPAIGN LEGAL CENTER, a District of Columbia nonprofit corporation; DANIELLE LANG, and individual; and DOES 1 through 20, inclusive,<br>,<br><br>Defendant. | CASE NO.: 2:26-cv-10725-SVW-MARx<br><br>*Assigned to the Hon. Stephen V. Wilson, District Judge and Margo A. Rocconi, Magistrate Judge*<br><br>**NOTICE OF ORDER SETTING INITIAL STATUS CONFERENCE**<br><br>Date: November 2, 2026<br>Time: 1:30 PM<br><br>Complaint Filed: June 11, 2026<br>Trial Date: Not yet set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that a Status Conference in this matter has been set for Monday, November 2, 2026, at 1:30 p.m. before the Honorable Stephen V. Wilson. A copy of the Court's Order Setting Initial Status Conference is attached hereto as **Exhibit A.**

Dated: October 23, 2026

FISHER & PHILLIPS LLP

By: [signature]

Christopher D. Chaplin
Attorneys for Defendants
CAMPAIGN LEGAL CENTER and DANIELLE LANG

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAPINIG<br>Plaintiff(s),<br>v.<br>CAMPAIGN LEGAL CENTER, et al.<br>Defendant(s). | CASE NO:<br>2:26−cv−10725−SVW−MAR<br><br>ORDER SETTING INITIAL STATUS CONFERENCE |

IT IS HEREBY ORDERED that a Status Conference be set for Monday, November 2, 2026 at 01:30 PM, before the Honorable Stephen V. Wilson. The attorneys attending this conference MUST be those who are in charge of the conduct of the trial. Attendance is mandatory.

This Court views this status conference as critical to its case management responsibilities. Counsel are required to approach it with the same seriousness.

IT IS FURTHER ORDERED that counsel meet and confer prior to conference in accordance with Local Rule 26, however, counsel are not required

///

///

to file any documents, such as an Early Meeting Report or the Status Conference Report.

Failure on the part of counsel to participate knowledgeably in the conference may result in sanctions.

IT IS FURTHER ORDERED that, at the Status Conference, counsel must be fully prepared to inform the Court of the following:

(1) the theory of the case, both factual and legal,

(2) settlement potential and approaches including an examination of whether a limited trial on certain bifurcated issues could lead to an overall disposition of the case,

(3) length of trial, jury vs non−jury, unusual trial problems, etc.,

(4) motions to be filed and an explanation for their necessity.

This Court will not continue this status conference except upon a showing of good cause.

**(Rule 26f)** Counsel should view the discovery period as a time for the orderly and cooperative exchange of information essential to a resolution of the case. Sanctions will be imposed if counsel impede the discovery process through contentiousness and over−litigiousness. In short, the Court does not view the pre−trial process as an arena or a series of hostile skirmishes, but rather as a structure through which legal and factual positions are openly and candidly exchanged. The goal must be the early and inexpensive settlement of the cases or the refinement of issues for trial.

All discovery matters have been referred to a United States Magistrate Judge as provided in this Court's Standing Order. Discovery disputes of a significant nature should be brought promptly before the Magistrate Judge. The Court does not look favorably upon delay resulting from unnecessarily unresolved discovery disputes. Any discovery disputes that are not resolved three (3) weeks prior to the scheduled trial date should be brought promptly

and directly to the attention of this Court.

Plaintiff's counsel, or counsel for defendant if plaintiff is pro se, is to provide written notice of this conference and the meeting requirements to any parties appearing, who are known and not yet formally appeared, on or after the date of this order.

**IT IS SO ORDERED.**

DATED: October 13, 2026

Stephen V. Wilson
United States District Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 515 South Flower Street, Suite 1200, Los Angeles, California 90071.

On October 23, 2026, I served the following document entitled **NOTICE OF ORDER SETTING INITIAL STATUS CONFERENCE** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| CHRISTOPHER M. LAPINIG<br>1025 King St E, Unit 107 #2524<br>Cambridge, ON<br>N3H 3P5 CANADA | PLAINTIFF IN PRO PER<br><br>Tel: (917) 287-4551<br>Email: christopher.lapinig@aya.yale.edu |

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by OVERNIGHT DELIVERY]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by FedEx. Under that practice such the enclosed document(s) will be deposited at a facility or pick-up box regularly maintained by FedEx for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on October 23, 2026, at Los Angeles, California.

Eliza Kinney